OPINION — AG — IF ONE SCHOOL DISTRICT WHICH IS NOT CONTIGUOUS TO A FORREST RESERVE IS ANNEXED TO ANOTHER SCHOOL DISTRICT WHICH IS CONTIGUOUS TO A FORREST RESERVE AND QUALIFIED TO RECEIVE RENTAL FUNDS UNDER THE PROVISIONS OF 62 O.S. 1961 326 [62-326], THEN THE APPORTIONMENT OF SAID FUNDS SHOULD BE TO THE ANNEXING SCHOOL DISTRICT BASED ON THE TOTAL SCHOLASTIC POPULATION OF BOTH THE FORMER DISTRICTS AS DETERMINED BY 70 O.S. 1961 10-4 [70-10-4] CITE: 70 O.S. 1961 7-4 [70-7-4] (LEE COOK)